```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
_____
                              :
ALBERT THEODORE ROBINSON,     :
                              :    No. 22-cv-1050 (NLH)(MJS)
              Plaintiff,      :
                              :
         v.                   :    MEMORANDUM OPINION
                              :
                              :
KRISTINA SMITH, et al.,       :
                              :
              Defendants.     :
_____:
```

IT APPEARING THAT:

1. Plaintiff Albert Theodore Robinson filed a complaint under 42 U.S.C. § 1983. ECF No. 1.

2. The Court permitted the complaint to proceed in part on May 11, 2022. ECF No. 7. The Clerk mailed U.S. Marshal Form 285 to Plaintiff for him to complete and return. ECF No. 8.

3. The forms were returned to the Clerk as undeliverable on June 24, 2022. ECF No. 9. A stamp on the envelope indicated Plaintiff was "no longer in Custody" with "4/6/2022" written underneath. Id.

4. Cumberland County confirmed that Plaintiff was not detained in its facility or in Hudson County Jail on its behalf, ECF No. 12.

5. Plaintiff has not communicated with the Court regarding his new address, in violation of Local Civil Rule

1

10.1.  See L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk.").

6.  The Clerk of the Court will be ordered to administratively terminate this case.  Plaintiff may reopen this matter by submitting his updated address.

7.  An appropriate order follows.


Dated: July 12, 2022          s/ Noel L. Hillman
At Camden, New Jersey         NOEL L. HILLMAN, U.S.D.J.